1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6816
7  e-mail: stephanie.hinds@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,           )
14                                     )
              Plaintiff,               )
15                                     )
         v.                            )   No. C 03-1861 WDB
16                                     )
   1. $35,262.92 IN FUNDS SEIZED FROM  )
17    BANK OF WEST (FORMERLY           )   STIPULATION AND [PROPOSED] ORDER
      UNITED CALIFORNIA BANK)          )   FOR FURTHER STAY OF ACTION
18    ACCOUNT NUMBER 092621997; and    )   CONTINUING CASE MANAGEMENT
                                       )   CONFERENCE
19 2. $10,220.33 IN FUNDS SEIZED FROM  )
      BANK OF THE WEST (FORMERLY       )
20    UNITED CALIFORNIA BANK),         )
      CERTIFICATE OF DEPOSIT           )
21    ACCOUNT NUMBER 650248610,        )
                                       )
22            Defendants.              )
                                       )
23 _____ )

24      Plaintiff, United States of America, and claimant Azdali Damani, through undersigned counsel,

25 jointly apply to this Court for a further Order extending the stay in this action, pursuant to Title 21,

26 United States Code, Section 881(j), or alternatively for a 45-day continuance of the status hearing. Azadali

27 Damani, the sole claimant in this action, is a defendant in a criminal case in the Eastern District of

28 California (Case No. CR S-02-104 LKK). The allegations in the forfeiture complaint are based, in large

Eastern District of California (Case No. CR S-02-104 LKK). The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in the pending criminal action in the Eastern District of California. At the request of the parties, the Court previously issued orders staying this action. On June 7, 2005, Mr. Damani was sentenced to the custody of the United States Bureau of Prisons for a period of 102 months in United States v. Damani, CR S-02-104 LKK in the Eastern District of California. Mr. Damani is in the process of being transferred to a facility in Chicago, Illinois. As a result of this, Mr. Damani's counsel has not yet had an opportunity to discuss this forfeiture matter with him. Accordingly, the parties request that the current date for a case management conference be vacated and that the matter be set for further status in approximately 45 days.

DATED: 6/22/05

STEPHANIE M. HINDS
Assistant United States Attorney

DATED: June 22, 2005

JOHNNY GRIFFIN
CLARA LEVERS

Attorneys for Azadali Damani

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-captioned civil forfeiture action is further stayed. The case management conference currently scheduled for June 23, 2005 at 2:30 p.m. is vacated. The matter is continued to Wednesday, August 10, 2005, at 4:00 p.m.

DATED: June 22, 2005

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

*STIPULATION RE FURTHER STAY*
*C 03-1861 WDB*

2