KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-6816
    e-mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> 1. $35,262.92 IN FUNDS SEIZED FROM ) <br>    BANK OF WEST (FORMERLY ) <br>    UNITED CALIFORNIA BANK) ) <br>    ACCOUNT NUMBER 092621997; and ) <br> ) <br> 2. $10,220.33 IN FUNDS SEIZED FROM ) <br>    BANK OF THE WEST (FORMERLY ) <br>    UNITED CALIFORNIA BANK), ) <br>    CERTIFICATE OF DEPOSIT ) <br>    ACCOUNT NUMBER 650248610, ) <br> ) <br>     Defendants. ) | No. C 03-1861 WDB <br><br> STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF ACTION |

    Plaintiff, United States of America, and claimant Azdali Damani, through undersigned counsel, jointly apply to this Court for a further Order extending the stay in this action, pursuant to Title 21, United States Code, Section 881(j), or alternatively for a 45 continuance of the status hearing. Azadali Damani, the sole claimant in this action, is a defendant in a criminal case in the Eastern District of California (Case No. CR S-02-104 LKK). The allegations in the forfeiture complaint are based, in large

part, on the allegations at issue in the pending criminal action in the Eastern District of California. At the request of the parties, the Court previously issued orders staying this action. The parties last reported that judgment and sentence entered in United States v. Damani, CR S-02-104 LKK in the Eastern District of California on June 7, 2005. Mr. Damani was in the process of being transferred to a federal facility in Chicago, Illinois for a period of 102 months. Mr. Damani's counsel has still not yet had an opportunity to discuss this forfeiture matter with him. Additionally, claimant's counsel is still in the process of reviewing documents received from previous forfeiture counsel. Accordingly, the parties request that the current date for a case management conference be vacated and that the matter be set for further status in approximately 45 days.

DATED: 8/4/05

STEPHANIE M. HINDS
Assistant United States Attorney

DATED: August 4, 2005

JOHNNY GRIFFIN
CLARA LEVERS
Attorneys for Azadali Damani

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-captioned civil forfeiture action is further stayed. The case management conference currently scheduled for August 10, 2005 at 2:30 p.m. is vacated. The matter is continued to 9/28/05 at 4:00 p.m. for further status. A case management conference statement is due on Sep. 23, 2005

DATED: 8-5-05

WAYNE D. BRAZIL
United States Magistrate Judge



STIPULATION RE FURTHER STAY
C 03-1861 WDB

TOTAL P.23