KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-6816
    e-mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                  Plaintiff, )<br>v. )<br>1. $35,262.92 IN FUNDS SEIZED FROM )<br>   BANK OF WEST (FORMERLY )<br>   UNITED CALIFORNIA BANK) )<br>   ACCOUNT NUMBER 092621997; and )<br>2. $10,220.33 IN FUNDS SEIZED FROM )<br>   BANK OF THE WEST (FORMERLY )<br>   UNITED CALIFORNIA BANK), )<br>   CERTIFICATE OF DEPOSIT )<br>   ACCOUNT NUMBER 650248610, )<br>                  Defendants. ) | No. C 03-1861 WDB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF ACTION** |

    Plaintiff, United States of America, and claimant Azdali Damani, through undersigned counsel, jointly apply to this Court for a further Order extending the stay in this action, pursuant to Title 21, United States Code, Section 881(j), or alternatively for a 45 continuance of the status hearing. Azadali Damani, the sole claimant in this action, is a defendant in a criminal case in the Eastern District of California (Case No. CR S-02-104 LKK). The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in a recent criminal action in the Eastern District of California. At the

1 | request of the parties, the Court previously issued orders staying this action. As last reported, Mr.
2 | Damani was sentenced to 102 months incarceration at a federal facility in Illinois. He is still in transit to
3 | that destination (currently in a Pennsylvania facility). Additionally, claimant's counsel is still in the
4 | process of reviewing documents received from previous forfeiture counsel. Accordingly, the parties
5 | request that the current date for a case management conference be vacated and that the matter be set for
6 | further status in approximately 45 days.

Dated 9/22/05                                      Dated:

_____          _____
STEPHANIE M. HINDS                                 JOHNNY GRIFFIN
Assistant United States Attorney                   CLARA LEVERS
                                                   Attorneys for Azadali Damani

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-captioned civil forfeiture action is further stayed. The case management conference currently scheduled for September 28, 2005 at 4:00 p.m. is vacated. The matter is continued to _____ for further status.

Dated :

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1 complaint are based, in large part, on the allegations at issue in a recent criminal action in the
2 Eastern District of California. At the request of the parties, the Court previously issued orders
3 staying this action. As last reported, Mr. Damani was sentenced to 102 months incarceration at
4 a federal facility in Illinois. He is still in transit to that destination (currently in a Pennsylvania
5 facility). Additionally, claimant's counsel is still in the process of reviewing documents received
6 from previous forfeiture counsel. Accordingly, the parties request that the current date for a
7 case management conference be vacated and that the matter be set for further status in
8 approximately 45 days.

9 Dated                                    Dated: September 22, 2005

10

11 _____              _____
STEPHANIE M. HINDS                        JOHNNY GRIFFIN
Assistant United States Attorney          CLARA LEVERS

13                                        Attorneys for Azadali Damani

14

15    IT IS HEREBY ORDERED:

16    Upon the stipulation of counsel, and good cause appearing, the above-captioned civil
forfeiture action is further stayed. The case management conference currently scheduled for
September 28, 2005 at 4:00 p.m. is vacated. The matter is continued to November 8, 2005, at 1:00 p.m.
19 _____ for further status.

20
Dated :
21                                        _____
22                                        IT IS SO ORDERED
                                          Wayne D. Brazil
23                                        Judge Wayne D. Brazil
                                          Magistrate Judge
24

25

26

27

28

*STIPULATION RE FURTHER STAY*
*C 03-1861 WDB*                                                                    2