**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>$35,262.92, *In funds seized from Bank of the West (formerly United California Bank) account number 092621997*<br><br>$10,220.33, *In funds seized from Bank of the West (formerly United California Bank) certificate of Deposit account number 650248610*<br><br>Defendant(s).<br>_____/ | No. C 03-1861 (WDB)<br><br>ORDER |

Plaintiff has informed the Court that the parties have settled the above-referenced case. See Status Conference Statement, filed November 4, 2005. The Court congratulates the parties and their attorneys for their efforts in this regard.

The Initial Case Management Conference, previously scheduled to occur November 8, 2005, is hereby VACATED.

The parties must file their stipulated dismissal **by December 19, 2005.**

IT IS SO ORDERED.

Dated: November 4, 2005

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: Parties, WDB, stats.

1