KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Facsimile: 415 436-6748
    e-mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> 1. $35,262.92 IN FUNDS SEIZED FROM BANK OF WEST (FORMERLY UNITED CALIFORNIA BANK) ACCOUNT NUMBER 092621997; and <br> 2. $10,220.33 IN FUNDS SEIZED FROM BANK OF THE WEST (FORMERLY UNITED CALIFORNIA BANK), CERTIFICATE OF DEPOSIT ACCOUNT NUMBER 650248610, <br>     Defendants. | No. C 03-1861 WDB <br><br> **SETTLEMENT STIPULATION AND [PROPOSED] FINAL ORDER OF FORFEITURE** |

    In full and final settlement of all claims and disputes related to the captioned forfeiture action, plaintiff United States of America, and claimant Azadali Damani, hereby stipulate and agree as follows:

    1.    On or about September 13, 2002, law enforcement agents seized the defendant funds pursuant to Title 21, United States Code, Section 881 and Title 18, United States Code, Section 981.

    2.    Sufficient evidence exists for the seizure and forfeiture of the defendant funds.

*1*

3. Azadali Damani is the sole claimant to the defendant funds. Azadali Damani consents to the forfeiture of $27,289.95 of the defendant funds, pursuant to Title 21, United States Code, Section 881 and Title 18, United States Code, Section 981(a)(1)(A), without further notice to him.

4. $18,193.30, which represents the balance of the defendant funds, shall be returned to Claimant Azadali Damani, in a check made payable to him and his attorney, Johnny L. Griffin, Esq., and sent to Mr. Griffin at The Law Offices of Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, California 95814.

5. All right, title and interest in the $27,289.95 shall be condemned and vested in the United States.

6. Claimant Azadali Damani shall hold harmless the United States of America, the Drug Enforcement Administration, and all agents, officers and employees thereof, including any and all state and local law enforcement officers, for any and all acts directly or indirectly related to the seizure, detention and forfeiture of the defendant funds.

7. Each party shall bear its own attorneys fees and costs related to this litigation.

Dated: 11/15/05

STEPHANIE M. HINDS
Assistant United States Attorney

Dated: November 15, 2005

JOHNNY L. GRIFFIN
CLARA LEVERS
Attorney for Claimant Azadali Damani

Dated:

AZADALI DAMANI
Claimant

## [PROPOSED] ORDER

1. Azadali Damani is the sole claimant to the defendant funds seized on or about September 13, 2002.

2. Sufficient evidence exists for the seizure and forfeiture of the defendant funds, pursuant to Title 21, United States Code, Section 881 and Title 18, United States Code, Section 981.

3. All right, title and interest in $27,289.95 of the defendant funds is hereby forfeited to the United States, pursuant to Title 21, United States Code, Section 881 and Title 18, United States Code, Section 981.

4. The balance of the defendant funds, $18,193.30, shall be returned to Claimant Azadali Damani, in a check made payable to him and his attorney, Johnny L. Griffin, Esq., and sent to Mr. Griffin at The Law Offices of Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, California 95814.

4. The appropriate federal agency shall dispose of the forfeited funds according to law.

5. Each party shall bear its own attorneys fees and costs related to this litigation.

IT IS SO ORDERED:

Dated: 11/21/05



_____
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

3